UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 99-08059-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                  **O R D E R**

ANTHONY GENOVESE,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Report And Recommendation (DE 474) filed herein by United States Magistrate Judge Lurana S. Snow and upon Defendant's Motion To Modify Restitution Order (DE 468). The Court notes that no objections to said Report have been filed. The Court has conducted a <u>de novo</u> review of the entire record herein and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Report And Recommendation (DE 474) filed herein by United States Magistrate Judge Lurana S. Snow be and the same is hereby approved, adopted and ratified by the Court; and

    2. Defendant's Motion To Modify Restitution Order (DE 468) be and the same is hereby **DENIED**.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   30th   day of January, 2015.



WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

See attached mailing list

UNITED STATES OF AMERICA V. ANTHONY GENOVESE Case No. 99-08059-CR-ZLOCH

The Honorable Lurana S. Snow
United States Magistrate Judge

All Counsel of Record

Anthony Genovese, PRO SE
608 Sea Pine Way #a2
Greenacres, FL 33415